NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE HENRY F. GILCHRIST,**
*Petitioner.*

---

2014-136

---

On Petition for Writ of Mandamus to the United States Court of Appeals for Veterans Claims in No. 14-83.

---

**ON MOTION**

---

Before NEWMAN and CHEN, *Circuit Judges.*[*]

PER CURIAM.

## O R D E R

Henry F. Gilchrist moves for reconsideration of the court's June 12, 2014 order denying his petition for a writ of mandamus.

Upon consideration thereof,

IT IS ORDERED THAT:

---

[*] Randall R. Rader who retired from the position of Circuit Judge on June 30, 2014, did not participate in this order on reconsideration.

2                                                    IN RE GILCHRIST

The motion is denied.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s26